In re LeFevre;  In re O'Neal.

In the Matter of THE INQUISITION OF THE COMPETENCY OF
ROSE DAY LeFEVRE.

(Filed 28 March, 1956.)

**Abatement and Revival § 9—**

Inquisition proceedings to have a person declared incompetent abate
upon the death of such person.

Appeal by petitioner from *Huskins, J.,* November Term, 1955,
Yancey.

Inquisition proceedings instituted before the Clerk of the Superior
Court of Yancey County.

The respondent is a former resident of Yancey County, but she has
been living in a nursing home in Lancaster, Pa., since 1 July 1955. On
17 September 1955, petitioner filed a petition before the Clerk of the
Superior Court of Yancey County to have the respondent, Rose Day
LeFevre, declared incompetent for the want of understanding to manage
her own affairs. There has been no personal service of process. The
respondent, through counsel, moved to dismiss for want of jurisdiction.
The clerk overruled the motion, and the court below reversed. Peti-
tioner appealed.

Since the appeal was docketed in this Court, the death of the respond-
ent has been suggested to this Court.

*R. W. Wilson for petitioner appellant.*
*Fouts & Watson for respondent appellee.*

Per Curiam.  It having been suggested to the Court that the re-
spondent has died since appeal herein was docketed in this Court, the
action stands abated and the appeal must be dismissed. It is so ordered.

Action abated.

Appeal dismissed.

In the Matter of the Application and Appeal of W. B. O'NEAL and ALICE
O'NEAL COOK, Before the BOARD OF ADJUSTMENT OF THE ZON-
ING ORDINANCE OF THE CITY OF CHARLOTTE, NORTH CARO-
LINA.

(Filed 11 April, 1956.)

**1.  Constitutional Law § 13—**

The original zoning power reposes in the General Assembly.